UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-04357 ODW (RZ) | Date | 2-23-12 |
|---|---|---|---|
| Title | RONNIE E. LAY JR. v. P. FINANDER, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   In Chambers –
**VACATING MARCH 19, 2012 HEARING RE DEFENDANTS'
MOTION TO DISMISS FIRST AMENDED COMPLAINT
Filed February 13, 2011**

   In light of Plaintiff's incarceration, the hearing on Defendants' Motion noticed for March 19, 2012, is VACATED. Local Rule 7-15. Plaintiff has 30 days from the date the motion was served on him in which to serve and file an opposition. Defendants may serve and file their replies within 10 days of service of the opposition. Thereafter the motion shall stand submitted on the basis of the papers timely filed.

                                                                                                      :
                                                                          Initials of Preparer            ib