**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE E. LAY, JR., | ) | CASE NO. CV 11-04357 ODW (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| P. FINANDER, ET AL., | ) | |
| Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Report.

DATED: October 16, 2012

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE