UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE E. LAY, JR., | ) | CASE NO. CV 11-04357 ODW (RZ) |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING SECOND INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| P. FINANDER, ET AL., | ) ) | |
| Defendants. | ) ) | |

The Court, having reviewed the Second Interim Report and Recommendation of United States Magistrate Judge hereby accepts the Report and adopts it as its own. Plaintiff has not filed any objections and Defendants have filed a Notice of Non-Objection.

Accordingly, it is ORDERED that Defendants Fitter's and Rush's Motion to Dismiss the Second Amended Complaint is granted in part and denied in part. The Court DISMISSES (a) Plaintiff's state tort claim as to defendant Fitter, without leave to amend, and (b) Plaintiff's state tort claim as to defendant Rush, with leave to amend.

When Judgment is entered, the Judgment shall reflect this ruling of the Court.

DATED: December 14, 2012

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE