O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE E. LAY, JR., | ) | CASE NO. CV 11-04357 ODW (RZ) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| P. FINANDER, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting the Third Report and Recommendation of the United States Magistrate Judge, and in light of the prior acceptance of the First Interim Report and Second Interim Report,

IT IS ORDERED AND ADJUDGED that the action is dismissed (1) with prejudice as to defendants Finander, Belavich and Swaby; (2) with prejudice as to the Government Code claim against defendants Wu and Fitter (but not Rush); and (3), as to the balance of the action, without prejudice for failure to prosecute.

DATED: February 14, 2013

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE